**United States District Court**

Northern District of Ohio

801 West Superior Avenue

Cleveland, Ohio 44113-1837

Dan Aaron Polster
Judge

Phone (216) 357-7190
Fax (216) 357-7195

June 10, 2004

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar 2003 Filing

Dear Judge Lisi:

I am responding to your letter of June 2 concerning my annual financial disclosure report for 2003.

1. Part VII, page 1, line 3: I erroneously completed Column C for this asset, which I sold during 2003. Column C should be blank.

2. Part VII, page 1, line 16: I neglected to complete Column D(3). Value Code J should be in this Column.

3. Part VII, page 1, line 7; page 6, line 96; page 7, line 115; and page 9, line 149, the particular Ariel Fund ███████████████ Part VII, page 1, line 8, the particular Aim Fund is Aim Ltd Maturity Treas. Fd A. Part VII, page 9, line 160, the particular money fund is Alliance Cap. Res. Money Fd. Part VII, page 2, line 34, I erroneously listed Vanguard Fund. I do not own this particular asset, and I do not believe I have owned it since I became a judge.

4. Part VII, page 1, line 15, Hotchkis and Wiley Fd., I neglected to complete Column D. I purchased this asset 8/12/03, and the asset value is J. Part VII, page 2, line 26, Chevron/Texaco. I had neglected to list this asset on my prior report. I purchased it August 23, 2001. The income and value information listed on the report is correct.



Dan Aaron Polster
United States District Court

RECEIVED
2005 JUN 17 A 11: 16
FINANCIAL DISCLOSURE OFFICE

DAP:dmw

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Polster, Dan A | 2. Court or Organization U.S. Dist. Ct., ND Ohio | 3. Date of Report 4/15/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge--Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address United States District Judge 18B Carl B. Stokes U.S. Court Cleveland, Ohio 44103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lifetime Trustee | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2. | Lifetime Trustee | ▮▮▮▮▮ |
| 3. | Trustee | Jewish Community Federation of Cleveland |
| 4. | Trustee | Jewish Education Center of Cleveland |
| 5. | Trustee | ▮▮▮▮Trust |
| 6. | Board of Directors | Federal Bar Assn. (Cleveland chapter) |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | none | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Hahn, Loeser & Parks (law firm) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. NONE | |
| 2. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | none | | $0 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | none | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2.   Servicemaster Co. | A | Dividend | K | T | | | | | |
| 3.   Janus Gr and Inc Fd | A | Dividend | J | T | sale | 8/12 | J | A | |
| 4.   Lord Abbett Aff. Fd | A | Dividend | J | T | purch | 8/12 | J | | |
| 5.   Strong Govt Secs Fd | A | Dividend | | | purch | 12/01 | J | | |
| 6.   Strong Govt Secs Fd | A | Dividend | | | sale | 12/11 | J | A | |
| 7.   Aim Fund | A | Dividend | K | T | purch | 8/12 | J | | |
| 8.   Ariel Fund | A | Dividend | | | sale | 9/04 | J | A | |
| 9.   Calamos Gr Fund | A | Dividend | J | T | | | | | |
| 10.   Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 11.   TCW Galileo Tot Ret. Fund | A | Dividend | | | sale | 8/12 | J | A | |
| 12.   Strong Large Co. Fd | A | Dividend | | | purch | 8/12 | K | | |
| 13.   Strong Large Co. Fd. | A | Dividend | | | sale | 12/11 | K | A | |
| 14.   Baron Growth Fd | A | Dividend | J | T | purch | 8/12 | J | | |
| 15.   Hotchkis and Wiley Fd. | A | Dividend | J | T | | | | | |
| 16.   Amer. Gr. Fd of America | J | Dividend | K | T | purch | 12/11 | | | |
| 17. | | | | | | | | | |
| 18.   Pimco Adv. Target Fund | C | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Evergreen Money Market | A | Interest | J | T | | | | | |
| 20. Amer.Skandia Advsr Fd. Marsico | A | Dividend | | | sale | 10/10 | J | A | |
| 21. Dreyfus Prem. Mun. Bd Fund | C | Dividend | L | T | | | | | |
| 22. Putnam College Adv. Gr. Fd. | A | Dividend | K | T | | | | | |
| 23. Thornburg Value Fund | A | Dividend | | | sale | 10/10 | J | A | |
| 24. Liberty Acorn Tr Fd | A | Dividend | J | T | | | | | |
| 25. Alcoa Inc | J | Dividend | K | T | purch | 10/10 | K | | |
| 26. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 27. Putnam Coll.Adv.Bal. Fd. | A | Dividend | J | T | | | | | |
| 28. Kemper High Inc. Trust | A | Dividend | J | T | | | | | |
| 29. Tenneco common | A | Dividend | J | T | | | | | |
| 30. Alltel common | A | Dividend | J | T | | | | | |
| 31. Transistor Devices common | A | Dividend | J | W | | | | | |
| 32. Transistor Devices common | A | Dividend | K | W | | | | | |
| 33. Japan Fund | A | Dividend | J | T | | | | | |
| 34. Vanguard Fund | A | Dividend | J | T | | | | | |
| 35. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 36. Roulston Growth Fd | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. National City Bank-check. | A | Interest | J | T | | | | | |
| 38. NationalCity Bank-check | A | Interest | J | T | | | | | |
| 39. National City Bank--CD | A | Interest | J | T | | | | | |
| 40. National City Bank--CD | A | Interest | J | T | | | | | |
| 41. Ohio Savings--savings | A | Interest | J | T | | | | | |
| 42. IRA-Ohio Savings Bank | B | Interest | J | T | | | | | |
| 43. IRA-Ohio Savings Bank (CD) | B | Interest | J | T | | | | | |
| 44. IRA-Prudential Equity Fund | A | Dividend | K | T | | | | | |
| 45. IRA-Prud. Equity Fund | A | Dividend | K | T | | | | | |
| 46. 401 (K) | | | | | | | | | |
| 47. Pimco Total Ret. Fund | A | Dividend | K | T | | | | | |
| 48. Mut. Series Qual Fund | B | Dividend | K | T | sale | 2002 | K | B | |
| 49. Fidelity Adv. Growth Fund | B | Dividend | K | T | sale | 2002 | K | B | |
| 50. Brandywine Fund | A | Dividend | K | T | sale | 2002 | K | B | |
| 51. Pioneer Cap. Gr. Fund | B | Dividend | J | T | sale | 2002 | K | B | |
| 52. Vanguard 500 Index Fd | B | Dividend | K | T | purch | 2002 | K | | |
| 53. Longleaf Partners Fd | B | Dividend | K | T | purch | 2002 | K | | |
| 54. Longleaf partners SmCp Fd | B | Dividend | K | T | purch | 2002 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50.000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. T. Rowe Price MidCap Fd | B | Dividend | K | T | purch | 2002 | K | | |
| 56. HR-10: Prof. Managed | E | Distribution | M | T | | | | | |
| 57. | | | | | | | | | |
| 58. Money Market Fund (ML) | A | Interest | J | T | | | | | |
| 59. McDonald's common | A | Dividend | J | T | | | | | |
| 60. ML Capital Fund | A | Dividend | J | T | | | | | |
| 61. Amer. Cap Inc Bldr Fd | A | Dividend | | | sale | 8/04 | J | A | |
| 62. ML Global Growth | A | Dividend | J | T | | | | | |
| 63. Transistor Devices common | A | Dividend | K | W | | | | | |
| 64. Janus Gr and Inc Fund | A | Dividend | | | sale | 8/04 | J | A | |
| 65. Lord Abbett Aff. Fund | A | Dividend | J | T | | | | | |
| 66. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 67. TWC Galileo Total Ret Fund | A | Dividend | J | T | | | | | |
| 68. Calamos Growth Fund | A | Dividend | J | T | | | | | |
| 69. Strong Govt Secs Fd | A | Dividend | J | T | | | | | |
| 70. Aim Limited Maturity Fund | A | Dividend | J | T | | | | | |
| 71. U.S. Treas. Zeros | A | Interest | J | T | | | | | |
| 72. Wendy's common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Disney common | A | Dividend | J | T | | | | | |
| 74. State of Israel Bond | A | Interest | J | T | | | | | |
| 75. Unicom (form.Comm.Edison) | A | Dividend | J | T | | | | | |
| 76. Ford common | A | Dividend | J | T | | | | | |
| 77. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 78. Citigroup(acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 79. Traveler's Insurance(Ford spinoff) | A | Dividend | J | T | | | | | |
| 80. Exelon | A | Dividend | J | T | | | | | |
| 81. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. Money Market Fund (ML) | A | Interest | J | T | | | | | |
| 84. China Power and Light common | A | Dividend | J | T | | | | | |
| 85. Transistor Devices common | A | Dividend | K | W | | | | | |
| 86. Smallcap World Fund (ML) | A | Dividend | | | sale | 8/07 | K | A | |
| 87. Amer. Europ Pacific Gr Fd. | A | Dividend | J | T | | | | | |
| 88. Janus Gr and Inc Fd | A | Dividend | | | sale | 8/12 | J | A | |
| 89. Lord Abbett Aff Fd | A | Dividend | J | T | | | | | |
| 90. Strong Govt Secs Fd | A | Dividend | | | purch | 8/12 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250.000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.  Strong Govt Secs Fd | A | Dividend | | | sale | 12/11 | J | A | |
| 92.  Oakmark Intl Fd | A | Dividend | J | T | | | | | |
| 93.  TWC Galileo Total Ret Fd | A | Dividend | | | sale | 8/12 | J | A | |
| 94.  Calamos Growth Fd | A | Dividend | J | T | | | | | |
| 95.  Aim Limited Maturity Fd | A | Dividend | J | T | | | | | |
| 96.  Ariel Fund | A | Dividend | | | sale | 9/04 | J | A | |
| 97.  Amer. Balanced Fd | A | Dividend | K | T | purch | 8/07 | K | | |
| 98.  Hotchkis and Wiley SmCap | A | Dividend | J | T | purch | 9/04 | J | | |
| 99.  Baron Gr. Fd | A | Dividend | J | T | purch | 8/12 | J | | |
| 100.  Amer. Gr. Fd. Of America | A | Dividend | J | T | purch | 12/11 | J | | |
| 101.  Strong Large Co. Gr. Fd | A | Dividend | | | purch | 8/12 | J | | |
| 102.  Strong Large Co. Gr. Fd | A | Dividend | | | sale | 12/11 | J | A | |
| 103.  State of Israel Bond | A | Interest | J | T | | | | | |
| 104.  Ford common | A | Dividend | J | T | | | | | |
| 105.  Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 106.  Citigroup (acq Ford spinoff) | A | Dividend | J | T | | | | | |
| 107.  Traveler's Insurance (Ford spinoff) | A | Dividend | J | T | | | | | |
| 108.  Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. Money Market (ML) | A | Interest | J | T | | | | | |
| 112. Transistor Devices common | A | Dividend | K | W | | | | | |
| 113. Janus Gr and Inc Fund | A | Dividend | J | T | | | | | |
| 114. Lord Abbett Aff. Fund | J | Dividend | J | | | | | | |
| 115. Ariel Fund | A | Dividend | | | sale | 9/04 | J | A | |
| 116. Calamos Growth Fund | A | Dividend | J | T | | | | | |
| 117. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 118. Aim Limited Maturity Fund | A | Dividend | J | T | | | | | |
| 119. Strong Govt Secs Fund | A | Dividend | J | T | | | | | |
| 120. TCW Galileo Total Return Fd | A | Dividend | J | T | | | | | |
| 121. Hotchkis and Wiley SmCap | A | Dividend | J | T | purch | 9/04 | J | | |
| 122. State of Israel Bond | A | Interest | J | T | | | | | |
| 123. Ford common | A | Dividend | J | T | | | | | |
| 124. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 125. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 126. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. ▇▇▇▇Trust** | E | Div,Int | P1 | T | | | | | |
| 130. State of Israel Bond | | | | | | | | | |
| 131. Tenneco common | | | | | | | | | |
| 132. Pactiv Corp | | | | | | | | | |
| 133. JPMorgan Chase | | | | | | | | | |
| 134. Sprint Corp | | | | | | | | | |
| 135. M.Lynch Money Market | | | | | | | | | |
| 136. U.S. GNM bonds | | | | | add purch | 8/12 | L | | |
| 137. Alltel common | | | | | | | | | |
| 138. Ampal Israel Preferred | | | | | | | | | |
| 139. Ind. Dev. Bank of Israel Pref. | | | | | | | | | |
| 140. Amer New Persp Fd | | | | | purch | 8/12 | J | | |
| 141. Lord Abbett Devel Fd. | | | | | | | | | |
| 142. Janus Gr. And Inc. Fd. | | | | | sale | 8/12 | J | A | |
| 143. Strong Govt Secs Fd | | | | | purch | 4/10 | J | | |
| 144. Strong Govt Secs Fd | | | | | sale | 12/11 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Amer Inv Co Fd | | | | | sale | 8/12 | K | A | |
| 146. Amer Inc. Fd of Amer. | | | | | add purch | 8/12 | J | | |
| 147. Amer. Amcap Fd | | | | | sale | 8/12 | K | A | |
| 148. American Washington Mut Fd | | | | | | | | | |
| 149. Ariel Fd | | | | | sale | 9/04 | J | A | |
| 150. Calamos Growth Fd | | | | | add purch | 8/12 | J | | |
| 151. Oakmark Intl Fund | | | | | | | | | |
| 152. Aim Limited Maturity Fd | | | | | add purch | 8/12 | J | | |
| 153. TCW Galileo Total Return Fd | | | | | sale | 8/12 | J | A | |
| 154. Strong Large Co. Growth Fd | | | | | purch | 8/12 | J | | |
| 155. Strong Large Co Growth Fd | | | | | sale | 12/11 | K | B | |
| 156. Hotchkis and Wiley Smallcap | | | | | purch | 8/12 | J | | |
| 157. Baron Growth Fd | | | | | purch | 8/12 | J | | |
| 158. Amer. Growth Fd of America | | | | | purch | 8/12 | J | | |
| 159. | | | | | | | | | |
| 160. Money Fund | | | | | | | | | |
| 161. Chart Industries | | | | | sale | 11/04 | J | A | |
| 162. Bolt Technologies | | | | | add purch | 2/25 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Covalent Group | | | | | sale | 7/31 | K | B | |
| 164. Bancorp Rhhode Island | | | | | sale | 3/24 | K | D | |
| 165. Century Bancorp Inc | | | | | | | | | |
| 166. Candlewood Hotel Inc | | | | | sale | 11/03 | J | A | |
| 167. Genus Inc | | | | | partial | 2/25 | K | A | |
| 168. Virologic Inc | | | | | sale | 11/03 | K | A | |
| 169. Immunogen Inc | | | | | purch | 12/11 | J | | |
| 170. Kulicke & Soffa Ind Inc | | | | | sale | 10/08 | L | E | |
| 171. Avnet Inc | | | | | sale | 11/03 | K | D | |
| 172. Gerber Scientific Inc | | | | | purch | 9/09 | K | | |
| 173. Meta Group Inc. | | | | | purch | 10/08 | K | | |
| 174. Medasource Technologies | | | | | purch | 6/10 | K | | |
| 175. S1 Corp | | | | | purch | 10/08 | K | . | |
| 176. | | | | | | | | | |
| 177. Money Market | | | | | | | | | |
| 178. Laclede Gas common | | | | | | | | | |
| 179. Kaneb Pipeline Pref. | | | | | | | | | |
| 180. Nuveen Ohio Munic. Fd. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250.000-$500.000 | O = $500.001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | ● = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Thornburg Inc. Tr. | | | | | sale | 10/10 | L | A | |
| 182. Qwest Comm. | | | | | sale | 3/20 | J | A | |
| 183. American Skandia Fd.(Marsico) | | | | | sale | 10/10 | K | A | |
| 184. Davis NY Venture Fd | | | | | partial | 3/20 | K | A | |
| 185. Ohio St.Air Qual Bonds | | | | | | | | | |
| 186. Eaton Vance Marath. Fd | | | | | | | | | |
| 187. Aflac Inc | | | | | | | | | |
| 188. Cedar Fair | | | | | | | | | |
| 189. American Express Co. | | | | | | | | | |
| 190. Chevron/Texaco | | | | | | | | | |
| 191. Alcoa Inc | | | | | purch | 10/10 | K | | |
| 192. Eon Labs Inc. | | | | | purch | 9/11 | K | | |
| 193. Western Gas Resources Inc | | | | | purch | 3/20 | J | | |
| 194. Van Kampen Focus Int. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Polster, Dan A | 4/15/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Polster, Dan A | 4/15/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date_____4/15/04_____

NOTE: ANY IN IVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial   isclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544